PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

Attorneys for Defendant, ONTEL PRODUCTS CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WORLD PACK USA, LLC, a Nevada Limited Liability Company,

Plaintiff,

vs.

ONTEL PRODUCTS CORPORATION, a Foreign Corporation,

Defendant.

Case No. 2:26-cv-00263

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SANCTIONS (ECF #22)**

IT IS HEREBY STIPULATED by and between the undersigned counsel that the time for Defendant, ONTEL PRODUCTS CORPORATION, to file its Response to Plaintiff's Motion for Sanctions (ECF #22), which is currently Wednesday, October 14, 2026, shall be extended at Ontel's request to Thursday, October 29, 2026. There is currently no deadline for Plaintiff's Reply to be filed.

The parties respectfully submit that good cause exists for the requested extension. Defendant's prior counsel, Meghan M. Goodwin, Esq., recently commenced a medical leave of absence, necessitating the reassignment of responsibility for this matter to Philip Goodhart, Esq. *See* ECF #26). Given the recent transition of counsel, additional time is reasonably necessary to allow Mr. Goodhart to familiarize himself with the case, review the pending Motion for Sanctions and relevant materials, and prepare an appropriate Opposition/Response.

Accordingly, the parties have agreed to a two week extension of the current briefing schedule, including a corresponding extension of the deadline for filing any Reply to and including

Thursday, November 19, 2026. The requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice any party or affect any other deadlines established by the Court. The parties therefore respectfully request that the Court approve the stipulated extension.

IT IS SO STIPULATED.

DATED this 12th day of October, 2026

**Thorndal Armstrong, P.C.**

*/s/ Philip Goodhart*

Philip Goodhart, Esq.
600 S. Las Vegas Blvd.
Suite 400
Las Vegas, NV 89101
*Attorneys for Ontel Products Corporation*

**Holland & Hart LLP**

*/s/ Sydney R. Gambee*

Bryce K. Kunimoto
Sydney R. Gambee
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
*Attorneys for World Pack USA, LLC*

**ORDER**

IT IS HEREBY ORDERED that the time for Defendant ONTEL PRODUCTS CORPORATION to file its Response to Plaintiff's Motion for Sanctions (ECF #22) is extended to Thursday, October 29, 2026.

IT IS FURTHER ORDERED that Plaintiff's Reply deadline is extended to and including Thursday, November 19, 2026.

UNITED STATES MAGISTRATE JUDGE
Dated: October 12, 2026