PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
MEGHAN M. GOODWIN, ESQ.
Nevada Bar No. 11974
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com
mmg@thorndal.com

Attorneys for Defendant, ONTEL PRODUCTS CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WORLD PACK USA, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ONTEL PRODUCTS CORPORATION, a Foreign Corporation,<br><br>Defendant. | Case No. 2:26-cv-00263<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SANCTIONS (ECF #22)**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between the undersigned counsel that the time for Defendant, ONTEL PRODUCTS CORPORATION, to file its Response to Plaintiff's Motion for Sanctions (ECF #22), which is currently Thursday, October 29, 2026, shall be extended at Ontel's request to Thursday, November 5, 2026. Plaintiff's Reply shall be due on Wednesday, November 25, 2026.

The parties respectfully submit that good cause exists for the requested extension. Plaintiff has been informed that Defendant's prior counsel, Meghan M. Goodwin, Esq., recently commenced a medical leave of absence, necessitating the reassignment of this matter to her law partner Philip Goodhart, Esq. (*See* ECF No. 26.) Mr. Goodhart has represented to Plaintiff that he has been diligently reviewing the case file, including the pending Motion for Sanctions and related discovery materials, to familiarize himself with the procedural history and issues presented.

Additionally, the parties have been engaged in good-faith discussions and have agreed to

mediation but Ontel is in the process of confirming mediation dates. Once a mutually agreeable date be secured, the parties anticipate seeking a stipulated stay of the litigation pending completion of mediation, subject to the Court's approval, which stipulation is anticipated to be submitted once a mediation date is secured.

In light of the recent transition of counsel, the substantial issues raised in the pending Motion for Sanctions, and the parties' ongoing efforts to explore an early resolution, the requested extension will afford Defendant's new counsel a reasonable opportunity to complete his review and prepare a thorough and substantive Opposition.

Accordingly, the parties have agreed to a further one-week extension of the current briefing schedule, together with a corresponding extension of the deadline for Plaintiff's Reply. This request is made in good faith, is not intended to cause unnecessary delay, and will not prejudice either party or affect any other deadlines established by the Court.

For these reasons, the parties respectfully request that the Court approve the stipulated extension of the briefing schedule.

IT IS SO STIPULATED.

DATED this 28th day of October, 2026.

**Thorndal Armstrong, P.C.**

*/s/ Philip Goodhart*

Philip Goodhart, Esq.
Nevada Bar No. 5332
Meghan M. Goodwin, Esq.
Nevada Bar No. 11974
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
*Attorneys for Ontel Products Corporation*

**Holland & Hart LLP**

*/s/ Sydney R. Gambee*

Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
*Attorneys for World Pack USA, LLC*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

IT IS HEREBY ORDERED that the time for Defendant ONTEL PRODUCTS CORPORATION to file its Response to Plaintiff's Motion for Sanctions (ECF #22) is extended to Thursday, November 5, 2026.

IT IS FURTHER ORDERED that Plaintiff's Reply deadline is extended to and including Wednesday, November 25, 2026.

UNITED STATES MAGISTRATE JUDGE
Dated: October 28, 2026